UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20108-CIV-RNS

MARTHA CECILIA ROSTRAN PAVON,　)
and all others similarly situated under 29　)
U.S.C. § 216(b),　)
　　　　　Plaintiff,　)
　　vs.　)
　　)
YAMBO, INC.,　)
ARMANDO PEREZ, SR.,　)
　　)
　　　　　Defendants.　)
_____　)

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described Statement of Claim as follows:

**Federal Half Time Overtime Claim (11/24/16-10/6/17):**
Amount of Half Time Overtime per hour not compensated: $4.86
Weeks: 45
Overtime hours per week: 14
Total wages unpaid and liquidated damages: $3,061.80 X 2 = $6,123.60, *exclusive of* **attorneys' fees and costs**

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time-and-one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　J. H. ZIDELL, P.A.
　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　　300-71ST STREET, SUITE 605
　　　　　　　　　　　　　　　　　MIAMI BEACH, FLORIDA 33141
　　　　　　　　　　　　　　　　　305-865-6766
　　　　　　　　　　　　　　　　　305-865-7167

          By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/11/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**