UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-20108-RNS

MARTHA CECILIA ROSTRAN PAVON, )
and all others similarly situated under 29 )
U.S.C. § 216(b), )
       Plaintiff, )
  vs. )
)
YAMBO, INC., )
ARMANDO PEREZ, SR., )
)
       Defendants. )
_____ )

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE6]

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE6], and states that Plaintiff has served a copy of the Court's Order [DE6] and Plaintiff's Statement of Claim [DE7] on Defendants, by and through their counsel, on 1/22/18.

                Respectfully submitted,

                J. H. ZIDELL, P.A.
                ATTORNEYS FOR PLAINTIFF
                300-71ST STREET, SUITE 605
                MIAMI BEACH, FLORIDA 33141
                305-865-6766
                305-865-7167

                By:_s/ Neil Tobak, Esq.___
                   Neil Tobak, Esquire
                   Florida Bar No.: 93940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 1/22/18 TO:**

**Tara Elizabeth Faenza**
**Insurance Litigation Group**
**1500 NE 162nd Street**
**Miami, FL 33162**
**786-529-0090**
**Email: tarafaenza@gmail.com**

**BY:\_\_\_/s/\_\_\_Neil Tobak_____**
**NEIL TOBAK, ESQ.**