# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARTHA CECILIA ROSTRAN PAVON, and all others similarly situated under 29 U.S.C. § 216(b), <br><br>    Plaintiff, <br><br>vs. <br><br>YAMBO, INC., <br>ARMANDO PEREZ, SR., <br><br>    Defendants. | 1:18-cv-20108-RNS <br><br> 1/17/2018 |

## SUMMONS IN A CIVIL ACTION

To:

YAMBO, INC.
c/o Registered Agent, ARMANDO PEREZ, SR.
1642 S.W. FLAGLER TERRACE
MIAMI, FL 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/10/2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Yambo. Inc___
was received by me on *(date)* ___1/16/18___

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Alfonso Perera sq___ , which
designated by law to accept service of process on behalf of *(name of organization)*
___t/a Yambo -inc___ on *(date)* ___1/17/18___ ; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*: _____

My fees are $ ___20.00___ for travel and $ ___20.00___ for services, for a total of $ ___40.00___

I declare under penalty of perjury that this information is true.

Date: ___1/17/18___

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARTHA CECILIA ROSTRAN PAVON, and all others similarly situated under 29 U.S.C. § 216(b),<br><br>    Plaintiff,<br><br>vs.<br><br>YAMBO, INC.,<br>ARMANDO PEREZ, SR.,<br><br>    Defendants. | 1:18-cv-20108-RNS |

1/17/2018

## SUMMONS IN A CIVIL ACTION

To:
    ARMANDO PEREZ, SR.   PS
    1642 S.W. FLAGLER TERRACE
    MIAMI, FL 33135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/10/2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-20108

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ARMONDO PEREL SR
was received by me on *(date)* 1/10/18

☒ I personally served the summons on the individual at *(place)*
1642 SW 89th Terrace on *(date)* 1/17/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/17/18

Server's signature

FRANK AYLLON
Printed name and title

Server's address

Additional information regarding attempted service, etc: