UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTHA CECILIA ROSTRAN PAVON,
and all others similarly situated under 29
U.S.C. § 216(b)
    *Plaintiff*,
vs.

YAMBO, INC., ARMANDO PEREZ, SR.,
    *Defendants*.
_____/

CASE NO.:  1:18-cv-2018-RNS
Judge:  Robert N. Scola, Jr.

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO COMPLAINT AND STATEMENT OF CLAIM

COMES NOW Defendants, YAMBO, INC. and ARMANDO PEREZ, SR. ("Defendants"), by and through undersigned counsel, respectfully move this Honorable Court for a brief extension of time to file an answer or other responsive pleading to Plaintiff's Complaint and Statement of Claim[ECF1]. In support whereof, Defendants show the following:

1. On or about January 10, 2018, Plaintiff filed her Complaint [ECF1];

2. Summons were issued on or about January 10, 2018.

3. Plaintiff filed her Statement of Claim on or about January 11, 2018.

4. Defendants' counsel filed her Notice of Appearance, January 22, 2018.

5. Defendants' counsel has been recently retained to defend this matter.

6. By filing this unopposed Motion for Enlargement of Time, Defendants YAMBO, INC. and ARMANDO PEREZ, SR. do not waive any of their defenses, nor do they submit to jurisdiction or venue. This Motion for Enlargement of Time is being sought to evaluate Plaintiff's Complaint, jurisdiction, venue, Statement of Claim, and any and all other potential defenses.

7. Defendants do not contest service.

8. Defendants have not sought or obtained any prior extensions.

CASE NO.:   1:18-cv-2018-RNS

9. No party will be prejudiced by the granting of this motion.

10. Counsel for Plaintiff and Defendants have conferred on this matter, and Plaintiff has no objection to Defendant's request for a fourteen (14) day enlargement of time.

WHEREFORE, Defendants, YAMBO, INC. and ARMANDO PEREZ, SR., respectfully requests that this Court extend the timeframe to respond to Plaintiff's Complaint and Statement of Claim, for a period of fourteen (14) days, preserving any and all applicable objections.

Date:   February 5, 2018

INSURANCE LITIGATION GROUP, P.A.
<u>Attorney for Defendants</u>
1500 NE 162nd Street
Miami, Florida 33162
Telephone:   (786) 529-0090
Facsimile:   (866) 239-9520
E-Mail: service@restorationlaw.com
tara@restorationlaw.com

By:   <u>/s/ Tara E. Faenza, Esq.</u>
TARA E. FAENZA, ESQ
Florida Bar No. 106928

CASE NO.:   1:18-cv-2018-RNS

# CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE I hereby certify that on February 5, 2018, I electronically filed the **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO COMPLAINT AND STATEMENT OF CLAIM** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

## Service List

| | | |
|---|---|---|
| **Rivkah Fay Jaff**<br>J.H. Zidell, P.A.<br>300-71st Street, Ste 605<br>Miami Beach, FL 33141<br>(305) 865-6766<br>Rivkah.Jaff@gmail.com | representing | **Martha Cecilia Rostran Pavon**<br>*(Plaintiff)* |
| **Neil Tobak**<br>J.H. Zidell P.A.<br>300 71st Suite 605<br>Miami Beach, FL 33141<br>305-865-6766<br>ntobak.zidellpa@gmail.com | representing | **Martha Cecilia Rostran Pavon**<br>*(Plaintiff)* |
| **Jamie H. Zidell**<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141<br>305-865-6766<br>865-7167 (fax)<br>ZABOGADO@AOL.COM | representing | **Martha Cecilia Rostran Pavon**<br>*(Plaintiff)* |