UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTHA CECILIA ROSTRAN PAVON,
and all others similarly situated under 29
U.S.C. § 216(b)
    *Plaintiff*,
vs.

YAMBO, INC., ARMANDO PEREZ, SR.,
    *Defendants*.
_____/

CASE NO.:   1:18-cv-2018-RNS
Judge:  Robert N. Scola, Jr.

## DEFENDANT'S MOTION FOR SETTLEMENT CONFERENCE

COMES NOW Defendants, YAMBO, INC. and ARMANDO PEREZ, SR. ("Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court for a Settlement Conference before Magistrate Judge Torres and in support thereof states:

1. On or about January 10, 2018, Plaintiff filed her Complaint seeking alleged unpaid wages under the Fair Labor Standards Act ("FLSA") [ECF1];

2. Plaintiff filed her Statement of Claim on or about January 11, 2018.

3. Pursuant to this Court's January 11, 2018 Order Requiring Discovery And Scheduling Conference, Order Requiring Statement Of Claim And Response In FLSA Case, And Order Referring Non-Dispositive Pretrial And Discovery Matters To The Magistrate Judge [ECF6]: "6. Settlement Conference Before Magistrate Judge. The parties may, at any time, file a motion requesting a settlement conference before Judge Torres. The Court encourages the parties to consider a confidential settlement conference with Judge Torres, especially if the parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute."

4. Plaintiff alleges her "Total wages unpaid and liquidated damages:" are "$6,123.60."

5.	Prior to filing this lawsuit, neither Plaintiff, nor Plaintiff's counsel contacted Defendants to attempt to recover these alleged unpaid wages or resolve this matter.

6.	As a result, Defendants were not afforded a pre-litigation opportunity to resolve this matter.

7.	Defendants believe this case can be resolved between the parties without further litigation and unnecessarily incurring further attorneys' fees and costs with the assistance of a Magistrate Judge Torres in a settlement conference to assist the parties in a resolution.

8.	Defendants' counsel has conferred with Plaintiff's counsel, who oppose this Motion for Early Settlement Conference.

9.	Defendants make this Motion in a good faith effort to try to resolve this case expeditiously without each party expending additional costs and time.

WHEREFORE, Defendants respectfully move this Court enter an Order compelling Settlement Conference within the next thirty (30) days.

Date: February 8, 2018

INSURANCE LITIGATION GROUP, P.A.
<u>Attorney for Defendants</u>
1500 NE 162nd Street
Miami, Florida 33162
Telephone:	(786) 529-0090
Facsimile:	(866) 239-9520
E-Mail: service@restorationlaw.com
tara@restorationlaw.com

By:   <u>/s/ Tara E. Faenza, Esq.</u>
       TARA E. FAENZA, ESQ
       Florida Bar No. 106928

CASE NO.:   1:18-cv-2018-RNS
Page | 3

## **CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE I hereby certify that on February 8, 2018, I electronically filed the **DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

### **Service List**

**Rivkah Fay Jaff**
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
(305) 865-6766
Rivkah.Jaff@gmail.com

representing

**Martha Cecilia Rostran Pavon**
*(Plaintiff)*

**Neil Tobak**
J.H. Zidell P.A.
300 71st Suite 605
Miami Beach, FL 33141
305-865-6766
ntobak.zidellpa@gmail.com

representing

**Martha Cecilia Rostran Pavon**
*(Plaintiff)*

**Jamie H. Zidell**
300 71st Street, Suite 605
Miami Beach, FL 33141
305-865-6766
865-7167 (fax)
ZABOGADO@AOL.COM

representing

**Martha Cecilia Rostran Pavon**
*(Plaintiff)*