United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Martha Cecilia Rostran Pavon, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Yambo, Inc. and Armando Perez, )<br>Sr., Defendants. ) | Civil Action No. 18-20108-Civ-Scola |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (Joint Mot., ECF No. 17.) Having reviewed the record, the relevant legal authorities, the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 17**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement. All pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on February 27, 2018.

_____
Robert N. Scola, Jr.
United States District Judge